HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MISTY SPINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-po-00009-MJS |
| Plaintiff, | MOTION TO VACATE JANUARY 10, 2017 REVIEW HEARING; ORDER |
| vs. | |
| MISTY SPINNEY, | |
| Defendant. | |

Defendant Misty Spinney hereby requests that the Court vacate the January 10, 2017 review hearing, as Ms. Spinney is in full compliance with the terms of her probation.

On February 23, 2016, the Court sentenced Ms. Spinney to twelve months of unsupervised probation, with the conditions that she obey all laws, advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law, and pay a $600 fine. Ms. Spinney has complied with all conditions of probation.

The government is in agreement with this request.

///

///

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 16, 2016     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MISTY SPINNEY

## **O R D E R**

Based on the parties' joint representation that Ms. Spinney has fully complied with the conditions of her probation, the Court vacates the review hearing scheduled for January 10, 2017, at 10:00 a.m. in Case No. 6:16-po-00009-MJS.

IT IS SO ORDERED.

Dated:   December 17, 2016         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Spinney: Motion to
Vacate Review Hearing