HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MISTY SPINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-po-00009-MJS |
| Plaintiff, | |
| vs. | MOTION TO DISMISS CITATION NO. 5122054; ORDER |
| MISTY SPINNEY, | |
| Defendant. | |

Defendant Misty Spinney hereby files this motion to dismiss Citation No. 5122054 pursuant to 18 U.S.C. § 3607(a). The government does not oppose this request.

On February 23, 2016, Ms. Spinney pled guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Ms. Spinney a deferred entry of judgment under 18 U.S.C. § 3607(a). On December 19, 2016, the Court vacated Ms. Spinney's review hearing, as Ms. Spinney fully complied with the terms of her probation. Ms. Spinney's probation expired on February 22, 2017.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Ms. Spinney's term of probation has now expired and she did not violate any condition of her probation. Accordingly, Ms. Spinney requests that the Court,

without enter a judgment of conviction, dismiss the proceedings.

                                                      Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

Date: April 3, 2017                     */s/ Erin Snider*
                                                      ERIN SNIDER
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      MISTY SPINNEY

## **O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses Citation No. 5122054 in *United States v. Misty Spinney*, Case No. 6:16-mj-00009-MJS.

IT IS SO ORDERED.

Dated:  April 4, 2017                         /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE